UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HIGHTOWER HOLDING, LLC, a Delaware Limited Liability Company,<br><br>        Plaintiff,<br>    v.<br><br>NGP FINANCIAL PLANNING, LLC, a limited liability company; and MICHAEL POLICAR, an individual,<br><br>        Defendants. | Case No.: 22-CV-257<br><br>Honorable Judge Dow |

## NOTICE OF AGREED MOTION

TO:    All Counsel of Record

PLEASE TAKE NOTICE that on Thursday, February 17, 2022 at 9:15 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Robert M. Dow, in Room 2303 of the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before any other judge that may be sitting in his place and stead, and then and there present the **Agreed Motion For Second Extension of Time to Answer or Otherwise Plead,** a copy of which has been filed electronically and herewith served upon you.

DATED:  February 11, 2022

Respectfully submitted,

BURKE, WARREN, MacKAY & SERRITELLA, P.C.

By:    /s/Rachel E. Bossard
Rachel E. Bossard (ARDC #6274863)
330 N. Wabash Ave., Suite 2100
Chicago, Illinois 60608
Telephone:  (312) 840-7000
Fax:  (312) 840-7900
rbossard@burkelaw.com
Attorneys for Defendants NGP Financial Planning, LLC and Michael Policar

**CERTIFICATE OF SERVICE**

On February 11, 2022, the undersigned caused the foregoing **AGREED MOTION FOR SECOND EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD** to be filed and served electronically with the Northern District of Illinois through the CM/ECF electronic filing system.

    /s/ Rachel E. Bossard

18191\00001\4879-9011-5854.v1